IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

TONY DOOLIN                                                                             PLAINTIFF
Reg. #16878-029

v.                                      No: 2:19-cv-118-DPM

USA                                                                                      DEFENDANT

## JUDGMENT

Doolin's complaint is dismissed without prejudice.

*signature*

D.P. Marshall Jr.
United States District Judge

27 March 2020