IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

TONY DOOLIN                                                              PLAINTIFF
Reg. #16878-029

v.                              No. 2:19-cv-118-DPM

USA                                                                      DEFENDANT

## ORDER

Doolin's motion to vacate the appellate fee Order is denied. *Doc. 23.* The United States Court of Appeals for the Eighth Circuit assessed the fee and remanded the case for collection. *Doc. 20.* And this Court can't alter the Court of Appeals' Judgment.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 August 2020