# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**TONY DOOLIN**       **PLAINTIFF**
Reg. #16878-029

v.      No. 2:19-cv-118-DPM

**USA**      **DEFENDANT**

## ORDER

In light of the United States Court of Appeals' 13 August 2020 Order, *Doc. 26 at 6–7*, the Court has reconsidered Doolin's motion to vacate the appellate fee Order. *Doc. 23.* The Clerk construed Doolin's *in forma pauperis* application, *Doc. 12*, as a motion for leave to proceed *in forma pauperis* on appeal. But Doolin was belatedly filing his motion to proceed *in forma pauperis* in this Court. *Doc. 6.* He says he did not intend to appeal. The Court therefore vacates its 24 July 2020 Order requiring payment of the $505.00 appellate filing and docketing fees. *Doc. 22.* If any payments toward those fees have been received from Doolin's prison trust account, then the Court directs the Clerk to refund them.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 August 2020